

**Entered on Docket**
**July 20, 2009**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

___

RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
Marianne Gatti, Esq.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada 89101
Telephone: (702) 853-4500
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BK-S-09-18448-MKN<br>Chapter 13 |
| DIANA D. GONZALEZ,<br>　　　　　　　　Debtor(s). | Hearing Date: N/A<br>Hearing Time: N/A |

**ORDER DISMISSING CHAPTER 13**
**CASE PURSUANT TO SECTION 521(i)**

As the above-captioned Debtor(s) has not complied with 11 U.S.C §521(i) in that the Debtor(s) has not filed the required Summary of Schedules, Statistical Summary of Certain Liabilities, Schedules A through J, Declaration Concerning Debtor's Schedule, Statement of Financial Affairs, and Statement of Current Monthly Income and Means Test Calculation within the forty-five (45) day period, which expired on Monday, July 6, 2009.

1

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under chapter 13 is DISMISSED for the Debtor(s) failure to comply with 11 U.S.C. §521(i);

**IT IS FURTHER ORDERED** that Trustee shall be allowed administrative expenses in the amount of $150.00 per quarter that case is pending;

**IT IS SO ORDERED.**

DATED this 13th day of July, 2009.

Submitted by:

_____
MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
701 Bridger Ave., Suite 820
Attorney for RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee
(ljg)

###

2